UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.  **Case No.** 3:93-cr-80(S1)-J-12

**ANDRE MAYS**

---

**O R D E R**

This cause is before the Court on the Defendant's "Timely Notice of Preservation of Blakely/Booker Claim" (Doc.660), filed December 13, 2005.  The Defendant seeks to preserve his right to relief "when, and if" the holdings in the United States Supreme Court Blakely/Booker line of cases become retroactive and he requests that the Court notify him when he may assert entitlement to relief under that line of cases.

Upon review of the Defendant's submission, it is

**ORDERED:**

That the Defendant's "Timely Notice of Preservation of Blakely/Booker Claim" (Doc.660) shall remain of record in the Court file, however, the Court cannot assume responsibility for notifying the Defendant with regard to any changes in the law that may impact on his case or any right he may have to seek further relief.  The Defendant also is advised that he retains the responsibility for timely filing any motion or pleading seeking relief or enforcement of his rights, and such motion or pleading must set forth the legal and factual basis therefore.

**DONE AND ORDERED** this <u>  23rd  </u> day of December 2005.

*Howell W. Melton*
HOWELL W. MELTON
United States District Judge

Copies to:
    AUSA (Campion)
    Defendant