UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.                                                            **Case No.** 3:93-cr-80(S1)-J-12

**ANDRE MAYS**

## ORDER

This cause is before the Court on the Defendant's "Motion to Hold the Notice of Appeal in Abeyance ..." (Doc.662), filed December 29, 2005. The Defendant expresses his intent to appeal the Court's Order (Doc.659) construing his motion to modify a term of imprisonment (Doc.654) as his fifth §2255 motion and dismissing it for failure to obtain permission for filing from the Eleventh Circuit Court of Appeals. However, he asks the Court to hold his Notice of Appeal in abeyance pending a ruling on the jurisdictional issue set forth in his motion.

The Court finds that there is no need to hold the Notice of Appeal in abeyance. The Court found that it was without jurisdiction to consider any of the claims set forth in the Defendant's motion (Doc.654) because it was a successive §2255 motion filed without permission from the Eleventh Circuit Court of Appeals. As a result, there will be no further ruling on the Defendant's motion. Therefore the Court will consider the Defendant's "Motion to Hold the Notice of Appeal in Abeyance ..." (Doc.662) as his Notice of Appeal of the Court's Order (Doc.659) and a request for a Certificate of Appealability.

For the reasons set forth in its Order (Doc. 659), the Court finds that the Defendant has not made a substantial showing of the denial of a constitutional right and will deny the

Defendant's request for a Certificate of Appealability. Accordingly, upon review of the matter, it is

**ORDERED AND ADJUDGED:**

1.  That the Defendant's "Motion to Hold the Notice of Appeal in Abeyance ..." (Doc.662) is denied as moot, but is considered as his Notice of Appeal of the Court's Order (Doc.659); and

2.  That the Defendants Notice of Appeal (Doc. 662), construed as a request for a Certificate of Appealability, is denied.

**DONE AND ORDERED** this __11TH__ day of January 2006.

*Howell W. Melton*
**SENIOR UNITED STATES DISTRICT JUDGE**

Copies to:
  AUSA (Campion)
  Defendant

2